CASES IN THE SUPREME COURT

EASTERN DIST.

*May*, 1840.

KIRKMAN ET AL.
*vs.*
POLLITT AND
THORN.

---

KIRKMAN ET AL. *vs.* POLLITT & THORN.

APPEAL FROM THE COURT OF THE FIRST JUDICIAL DISTRICT.

The appeal dismissed, for want of *all* the evidence to try the case on its merits.

The clerk's certificate to the record, states that it contains all the evidence " *except the document withdrawn by agreement.*" This was a record of the City Court, which both parties agreed might be withdrawn without diminution of the record, and each to have such papers copied from it as they might

want to use.   The suit was by attachment, and judgment
obtained against the defendant, Pollitt, to be satisfied out of
funds attached in the hands of Thorn, and he alone appealed.

*Elwyn*, for the plaintiffs.

*Potts*, for the defendants, insisted that the court could not
compel the parties to use testimony they did not want, and
that the record contained all that was necessary to the
decision of the case.

*Bullard, J.*, delivered the opinion of the court.

The garnishee is appellant from a judgment against him,
but he has not put it in our power to examine the case upon
its merits, all the evidence given below not being in the
transcript.

The appeal is, therefore, dismissed, with costs.